# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146570 & (19)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                SC: 146570
                                                COA: 308816

DONNA JEAN ALTOONIAN,
     Defendant-Appellant.
                                                Wayne CC: 02-005415-01

_____/

      On order of the Court, the application for leave to appeal the November 28, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013 _____

s0722



                                      Clerk